John L. Sun, SBN 62954
David S. Sun, SBN 238201
Law Offices of John L. Sun
3550 Wilshire Boulevard, Suite 1250
Los Angeles, California 90010
Telephone No. (213) 382-7205
Facsimile No. (213) 384-2693

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA PENG,<br><br>        Plaintiff,<br><br>vs.<br><br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; and DAVID N. STILL, District Director, San Francisco District Office, U.S. Citizenship and Immigration Services,<br><br>        Defendants. | Case No.: C 06-7872 JCS<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to continue the Case Management Conference currently set for May 18, 2007 at 1:30 PM until **June 29, 2007 at 1:30 PM**, in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Good cause exists for the continuance of the Case Management Conference because Plaintiff and Defendants will file a motion for leave of court to file an amended complaint and a motion for summary judgment, respectively, by May 11, 2007. Both parties will notice their motions to be heard in this Court on June 29, 2007 at 9:30 AM.

//

//

//

Date: May 8, 2007                                    Respectfully submitted,

                                                                   /s/
                                           DAVID S. SUN
                                           Law Offices of John L. Sun
                                           Attorney for Plaintiff

Date: May 8, 2007                                    SCOTT N. SCHOOLS
                                           United States Attorney


                                                             /s/
                                         ILA C. DEISS
                                         Assistant United States Attorney
                                         Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 9, 2007

JOSEPH C. SPERO
United States Magistrate Judge

Stipulation to Continue Case Management Conference
C06-7872 JCS