| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA PENG, | ) |
| | ) No. C 06-7872 JCS |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) **[PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director, | ) |
| U.S. Citizenship and Immigration Services; | ) |
| and DAVID N. STILL, District Director, | ) |
| San Francisco District Office, U.S. Citizenship | ) |
| and Immigration Services, | ) |
| | ) |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice to renewal in light of the fact that Defendants agree, for the purpose of settlement, to reopen and reconsider their May 3, 2007 denial of Plaintiff's Form I-485 application for adjustment of status to that of legal permanent resident. Defendants agree that the May 3, 2007 denial was procedurally improper and have vacated that denial. Defendants further agree to approve the application with an April 20, 2007 approval date and to issue a legal permanent resident card to Plaintiff forthwith. Defendants reserve the right to rescind this benefit in the future, in accordance with proper procedure.

Stipulation to Dismiss
C06-7872 JCS                                                        1

Each of the parties shall bear their own costs and fees.

Date: July 25, 2007      Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: July 25, 2007      /s/
JOHN L. SUN
DAVID S. SUN
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 27, 2007

JOSEPH C. SPERO
United States Magistrate Judge

Stipulation to Dismiss
C06-7872 JCS                          2